## SHIELDS v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 38, September Term, 1962.]

*Decided December 13, 1962.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the memorandum filed by Judge Foster in the lower court, the application of Nathaniel Shields for leave to appeal from the order dismissing his second petition for post conviction relief from his imprisonment for assault and battery is hereby denied.

*Application denied.*